UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| United States of America | § |
| | § |
| vs. | §  NO:  MO:25-CR-00156(1)-DC |
| | § |
| (1) Samuel Kelly Page | § |

**ORDER SETTING STATUS CONFERENCE / PLEA**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **Tuesday, December 09, 2025 at 10:30 AM**, in Midland Magistrate Courtroom, on the First Floor of the United States Courthouse, 200 E. Wall, Midland, TX .

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **24th day of November, 2025.**

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE