UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | 7:25-CR-156 |
| | § | |
| SAMUEL PAGE, | § | |
| *Defendants*. | § | |

## Unopposed Motion to Continue Deadlines and Trial

TO THE HONORABLE DAVID COUNTS:

    Samuel Page, the defendant in this case, files this motion to continue the case for one additional month.

    His case is currently set for a plea deadline of December 12 and a trial date of December 29.

    The parties have been working diligently to resolve this case, including exchange of discovery and meetings to review discovery that cannot be produced. Further, the parties have been actively seeking a mutually-acceptable plea agreement. However, due to the nature of the case, more than normal approvals are required before an offer can be fully extended and consulted. For that reason, the parties seek an additional month to resolve this case and ask the Court to place the case on its February 2026 trial and plea docket

    Counsel for Page has consulted with AUSA Heather Haywood who is not opposed to this motion.

    This motion is made in the interest of justice and not for the purpose of delay.

                                               Respectfully submitted,

                                               /s/ Shane O'Neal
                                               Shane O'Neal
                                               101 E. Avenue B.
                                               Alpine, TX 79830

                                                        shane@shaneoneallaw.com
                                                              (432) 538-7070

## Certificate of Service

    I certify that I have filed a copy of this notice through the cm ecf filing system which will send electronic notice to:

AUSA Heather Haywood

                                                    /s/ Shane O'Neal
                                                    Shane O'Neal

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | 7:25-CR-156 |
| | § | |
| SAMUEL PAGE, | § | |
|    *Defendants*. | § | |

## Order Granting Continuance

Before the Court is an Unopposed Motion for Continuance until the February 2026 trial setting in order to review discovery. The Court, having considered the same, finds that said motion is meritorious.

IT IS THEREFORE ORDERED that this case be continued to:

Motions and Plea Deadline: _____.

Trial: _____.

Signed this ____ day of December 2025.

_____
David Counts
United States District Judge