UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **United States of America** § | |
| § | |
| vs. § | Case Number: MO:25-CR-00156(1)-DC |
| § | |
| **(1) Samuel Kelly Page** § | |

### ORDER RESETTING STATUS CONFERENCE / PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for 2:00 PM, in Midland Magistrate Courtroom, on the First Floor of the United States Courthouse, 200 E. Wall, Midland, TX, on December 09, 2025.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 8th day of December, 2025

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE